# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Leonid Schneiderman and Belinda Schneiderman

V.

Emilio Gonzalez, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07CV0234-JAH(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss for lack of subject matter jurisdiction is granted without prejudice.

| September 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk

ENTERED ON September 6, 2007

07CV0234-JAH(CAB)